[Civil No. 876.]

THE ANGLO-CALIFORNIAN BANK, LIMITED, Appel-
lant, v. GEORGE B. MARSH, Appellee.

APPEAL from the District Court of the First Judicial
District in and for the County of Santa Cruz. George R.
Davis, Judge.

George K. French, for Appellant.

No appearance for Appellee.

January 27, 1905. Dismissed for want of prosecution.